**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: March 15, 2010**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE:  | CASE NO: 09-32073 |
|---|---|
| Kathleen M West | (Chapter 13) |
| Patrick T West | |
| Debtors | JUDGE GUY R. HUMPHREY |

ORDER DISMISSING CASE                                T1XX7X

The Chapter 13 Trustee reporting to the Court that the Debtors failed to timely respond to the Motion To Dismiss For Failure to Make Payments, filed on or about February 16, 2010, and the Debtors having failed to make said payment.

IT IS ORDERED that this case be and hereby is dismissed.

IT IS SO ORDERED.

/s/ JEFFREY M. KELLNER
_____

 JEFFREY M. KELLNER  0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Copies To:                                                                                                          09-32073

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Kathleen M West                    LAWRENCE J WHITE                    (34.1n)
Patrick T West                     2533 FAR HILLS AVE                  GE MONEY BANK
4417 Fernmont Street               DAYTON, OH  45419                   % RECOVERY MANAGEMENT SYSTEMS
Kettering, OH  45440                                                   25 SE 2ND AVE   SUITE 1120
                                                                       MIAMI, FL  33131

(33.1n)
JOHN M MCCARTY
KEITH D WEINER & ASSOCIATES
75 PUBLIC SQUARE FL 4
CLEVELAND, OH  44113

0932073_155_201003121421_774/T296_ss
###