UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-32073 |
|---|---|
| Kathleen M West | (Chapter 13) |
| Patrick T West | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4014698**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/12/ 1 | CENLAR FEDERAL SAVINGS BANK<br>ATTN BANKRUPTCY<br>425 PHILLIPS BOULEVARD<br>EWING, NJ  08618 | 38.38 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/11/2010

Certificate of Service                    09-32073

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Kathleen M West<br>Patrick T West<br>4417 Fernmont Street<br>Kettering, OH  45440 | LAWRENCE J WHITE<br>2533 FAR HILLS AVE<br>DAYTON, OH  45419 | (1.1)<br>CENLAR FEDERAL SAVINGS BANK<br>ATTN BANKRUPTCY<br>425 PHILLIPS BOULEVARD<br>EWING, NJ  08618 |
| (34.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE   SUITE 1120<br>MIAMI, FL  33131 | (33.1n)<br>JOHN M MCCARTY<br>KEITH D WEINER & ASSOCIATES<br>75 PUBLIC SQUARE FL 4<br>CLEVELAND, OH  44113 | (1.4)<br>STEVEN H PATTERSON<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45201-5480 |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv