**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

In re:

    Kathleen M West
    Patrick T West
           Debtor(s)

Case No. 09-32073

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Jeffrey M. Kellner, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/09/2009.

2) The plan was confirmed on 09/17/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/16/2010.

5) The case was dismissed on 03/15/2010.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $58,493.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $20,668.80 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $20,668.80

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $884.07 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,384.07

Attorney fees paid and disclosed by debtor:   $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| [FOR TRUSTEE USE ONLY] | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN RECOVERY SYSTEM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RECOVERY SYSTEMS | Unsecured | 19,517.00 | NA | NA | 0.00 | 0.00 |
| BEAVERCREEK ORTHODONTICS | Unsecured | 452.50 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CENLAR FEDERAL SAVINGS BANK | Secured | 131,711.34 | 131,711.34 | 0.00 | 9,196.15 | 0.00 |
| CENLAR FEDERAL SAVINGS BANK | Secured | 0.00 | 0.00 | 19,847.06 | 921.46 | 0.00 |
| CHASE BANK USA NA | Unsecured | 1,307.93 | 1,307.93 | 1,307.93 | 0.00 | 0.00 |
| CHASE RECEIVABLES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF KETTERING | Priority | 3,352.29 | 2,955.51 | 2,955.51 | 0.00 | 0.00 |
| CITY OF WEST CARROLLTON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 660.00 | 875.63 | 875.63 | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GERMAN BURKE ORTHODONTICS IN | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| GREATER DAYTON SURGERY CENTE | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JOHN M MCCARTY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Secured | 16,380.00 | 18,951.83 | 18,951.83 | 2,402.22 | 468.14 |
| KETTERING MEDICAL CENTER | Unsecured | 710.80 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 11,710.50 | 20,403.00 | 20,403.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 2,544.18 | 2,824.37 | 2,824.37 | 0.00 | 0.00 |
| MIAMI VALLEY HOSPITAL | Unsecured | 988.54 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY | Secured | 0.00 | 0.00 | 318.28 | 14.78 | 0.00 |
| NATIONAL CITY | Secured | 23,261.63 | 22,977.86 | 0.00 | 2,516.10 | 0.00 |
| OMNI CREDIT SERVICES INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 268.91 | 305.12 | 305.12 | 0.00 | 0.00 |
| SCOTT M ENGLE APPRAISER | Priority | 0.00 | 140.00 | 140.00 | 140.00 | 0.00 |
| UNITED RECOVERY SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK ARS | Unsecured | 16,211.75 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK UNIT | Unsecured | 23,223.83 | NA | NA | 0.00 | 0.00 |
| VERIZON CHASE RECEIVABLES | Unsecured | 60.96 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WEST CARROLLTON AMBULANCE C | Unsecured | 486.65 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NAT'L | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WRIGHT PATT CREDIT UNION | Secured | 15,000.00 | 15,286.72 | 15,286.72 | 2,251.16 | 374.72 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $11,712.25 | $0.00 |
| Mortgage Arrearage | $20,165.34 | $936.24 | $0.00 |
| Debt Secured by Vehicle | $34,238.55 | $4,653.38 | $842.86 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$54,403.89** | **$17,301.87** | **$842.86** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,095.51 | $140.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,095.51** | **$140.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,716.05** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,384.07 |
| Disbursements to Creditors | $18,284.73 |
| **TOTAL DISBURSEMENTS :** | **$20,668.80** |

UST Form 101-13-FR-S (9/1/2009)

     12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/02/2010　　　　　　　　　　　By: /s/ Jeffrey M. Kellner
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**